# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| MAKO ONE CORPORATION, BADGEROW JACKSON LLC, BADGEROW JACKSON MT LLC, BRUCE DEBOLT, AND, ARNOLD CELICK, JR., as Trustee of the ARNOLD CELICK, JR. AND NANCY DAUMAN CELICK REVOCABLE LIVING TRUST, <br><br> Appellants, <br><br> v. <br><br> CEDAR RAPIDS BANK AND TRUST COMPANY, <br><br> Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Appeal No. 18-1298 <br><br><br> **MOTION FOR EXTENSION OF DEADLINES FOR FILING AND SERVICE OF (1) APPELLEE'S BRIEF, ADDENDUM AND APPENDIX, AND (2) APPELLANTS' REPLY** |

Pursuant to FRAP 27 and 8th Cir. R. 27A(a)(2), Appellee Cedar Rapids Bank and Trust Company ("Appellee") respectfully requests extensions of the deadlines for filing and serving (1) Appellee's Brief, Addendum, and Appendix, and correspondingly (2) Appellants Mako One Corporation, Badgerow Jackson LLC, Badgerow Jackson MT LLC, Bruce Debolt, and Arnold Celick, Jr., as Trustee of the Arnold Celick, Jr. and Nancy Dauman Celick Revocable Living Trust's (collectively, "Appellants") Reply. Under the current schedule, Appellee's

papers are due on or before July 20, 2018. The requested extensions would make Appellee's submissions due on or before July 30, 2018, and Appellants' Reply due on or before August 20, 2018.

These proposed extensions are made to address Appellants' and Appellee's respective professional and personal commitments which make it difficult to prepare and submit the briefing on behalf of the parties within the current briefing schedule. Appellants and Appellee further believe these extensions would provide benefits to the Court in the form of better briefing and related papers.

Counsel for Appellants and Appellee have conferred and agreed to these proposed extensions of the briefing schedule in the above-captioned appeal.

For these reasons, Appellee requests and Appellants have consented to an extension for filing Appellee's Brief, Addendum, and Appendix to July 30, 2018, and an extension for filing Appellants' Reply to August 20, 2018.

2

Dated: July 18, 2018

s/ Thomas H. Boyd
Thomas H. Boyd, #200517
Michael A. Rosow, # 0317998
Kyle R. Kroll, # 0398433
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
mrosow@winthrop.com
kkroll@winthrop.com

**Attorneys for Appellee Cedar Rapids Bank and Trust Company**

3

## CERTIFICATE OF COMPLIANCE

Appellee Cedar Rapids Bank and Trust Company hereby certifies that: (i) in accordance with FRAP 27(d)(2)(A), the foregoing motion, excluding this certificate, contains 220 words according to the Word Count feature in Microsoft Word; (ii) in accordance with FRAP 27(d)(1)(E), the foregoing motion was prepared with Microsoft Word using a proportionally spaced typeface in 14-point Times New Roman; (iii) in accordance with 8th Cir. R. 28A(h), the electronic file of this Motion has been submitted to the Clerk via the Court's CM/ECF system; and (iv) the file has been scanned for viruses and is virus-free.


Dated: July 18, 2018

*s/ Thomas H. Boyd*
Thomas H. Boyd, #200517
Michael A. Rosow, # 0317998
Kyle R. Kroll, # 0398433
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
mrosow@winthrop.com
kkroll@winthrop.com

*Attorneys for Appellee Cedar Rapids Bank and Trust Company*

4

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Thomas H. Boyd*

15790516v1

5